UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:03-00229 |
| | ) | Judge Echols |
| PARLEY DREW HARDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, as well as for the reasons set forth in this Court's oral rulings on Defendant's Motion for Judgment of Acquittal during the course of the trial in this case, Defendant Parley Drew Hardman's "Motion for Judgment of Acquittal" (Docket Entry No. 132) is hereby DENIED. The sentencing date of January 9, 2006, is hereby RECONFIRMED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

1